IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SUN LIFE INSURANCE COMPANY
OF CANADA                                                                                                    PLAINTIFF

V.                                          CASE NO. 4:14-CV-4151

KAREN JONES, *et al.*                                                                                  DEFENDANTS

## ORDER

On December 16, 2014, the Court granted Plaintiff's Motion to Deposit Funds into the Registry of the Court and ordered Plaintiff to deposit $40,000.00 into the registry of the Court. ECF No. 8. The Court, however, inadvertently failed to order that Plaintiff deposit any applicable interest along with the $40,000.00. On September 23, 2015, the Court ordered Plaintiff to file its calculations regarding any applicable accrued interest regarding the life insurance proceeds at issue in this case. ECF No. 27. Plaintiff then filed a Notice of Calculation of Interest, which stated that the accrued interest was calculated to be $2,933.33. ECF No. 28. No party has objected to this calculation of interest. Accordingly, the Court orders Plaintiff to deposit the interest amount of $2,933.33 into the registry of the Court. The Clerk shall deposit said sum into the account referenced in the Court's December 16, 2014 Order. ECF No. 8.

IT IS SO ORDERED, this 15th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge