IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SUN LIFE INSURANCE COMPANY
OF CANADA                                                                                                      PLAINTIFF

V.                                         CASE NO. 4:14-CV-4151

KAREN JONES, *et al.*                                                                              DEFENDANTS

## ORDER

Before the Court is a Joint Motion of Disbursement of Funds. ECF No. 40. Separate Defendant Karen Jones and Separate Defendant Martha Hammond agree that Martha Hammond should receive $5,000 of the interpled funds and that Karen Jones should receive $37,933.33 of the interpled funds. ECF Nos. 36 and 40. Ms. Hammond waives any and all further claims or interest in the interpled funds. ECF Nos. 36 and 40. Upon consideration, the Court finds that the Joint Motion of Disbursement of Funds (ECF No. 40) should be and hereby is **GRANTED**.

The Clerk of the Court shall disburse $5,000.00 of the interpled funds deposited with the registry of the Court to Martha Hammond, Administrator of the Estate of Roger A. Runnels, and Eckhart Law Firm. The Clerk of the Court shall disburse the remaining $37,933.33 of the interpled funds, plus ninety percent (90%) of any interest earned on deposit, to Karen Jones, Administrator of the Estate of Dangele Denise Runnels, and Jackson Law Firm. The Clerk shall collect the Registry Fee of ten percent (10%) of the interest earned on deposit in accordance with Local Rule 67.1(m). Upon disbursement of the funds, this matter should be **DISMISSED WITH PREJUDICE**.[1]

IT IS SO ORDERED, this 1st day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Because the parties agree on the amounts of disbursement, the Court finds that the Motion for Partial Summary Judgment filed by Karen Jones (ECF No. 30) should be and hereby is DENIED AS MOOT.